**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tracean L. Archibald<br>　　　　Leon G. Archibald | CHAPTER 13 |
| 　　　　　<u>Debtor(s)</u> | BKY. NO. 18-14826 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Rebecca Solarz
　　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　　02 Nov 2020, 11:57:40, EST

　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　(215) 627-1322