# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-14826-MDC

TRACEAN L ARCHIBALD
LEON G ARCHIBALD
40 N. PENN STREET

CLIFTON HEIGHTS, PA 19018

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TRACEAN L ARCHIBALD
    LEON G ARCHIBALD
    40 N. PENN STREET

    CLIFTON HEIGHTS, PA 19018

Counsel for debtor(s), by electronic notice only.

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102-

    /S/ Kenneth E. West

Date: 4/12/2022      _____

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee