# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-14826-mdc |
| | : | |
| Tracean L. Archibald | : | Chapter 13 |
| and Leon G. Archibald, | : | |
| | : | |
| Debtors. | | |

## Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, the proposed order, and all exhibits was served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West
ecfemails@ph13trustee.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Freedom Mortgage Corporation
Bankruptcy Department
10500 Kincaid Drive
Suite 300
Fishers, IN 46037

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-1063

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Dated: May 13, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com