## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-14826-mdc |
| | : | |
| Tracean L. Archibald | : | Chapter 13 |
| Leon G. Archibald, | : | |
| | : | Related to ECF No. 44-46 |
| Debtors. | : | |

### Praecipe to Withdraw Document

To the Clerk of Court:

Kindly withdraw the following documents:

| Title | Date Filed | ECF No. |
|---|---|---|
| Schedule I/J Supplement | May 13, 2022 | 44 |
| Modified Chapter 13 Plan | May 13, 2022 | 45 |
| Motion to Modify Plan | May 13, 2022 | 46 |

Dated: June 16, 2022

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael A. Cibik (#23110)
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com