Certificate Number: 16339-PAE-DE-037366183

Bankruptcy Case Number: 18-14826



16339-PAE-DE-037366183

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 21, 2023, at 2:45 o'clock PM EDT, Tracean Archibald completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 21, 2023           By:    /s/Kelley Tipton

                                Name:  Kelley Tipton

                                Title: Certified Financial Counselor