Certificate Number: 16339-PAE-DE-037366185

Bankruptcy Case Number: 18-14826



16339-PAE-DE-037366185

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 21, 2023</u>, at <u>2:45</u> o'clock <u>PM EDT</u>, <u>Leon Archibald</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 21, 2023</u>          By:  <u>/s/Kelley Tipton</u>

                                                       Name:  <u>Kelley Tipton</u>

                                                       Title:  <u>Certified Financial Counselor</u>