United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 18-14826-mdc
Tracean L. Archibald | Chapter 13
Leon G. Archibald
　　Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol**　**Definition**

+ 　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ 　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ 　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tracean L. Archibald, Leon G. Archibald, 40 N. Penn Street, Clifton Heights, PA 19018-1615 |
| 14169120 | | Access Financial, 41B Half Way Tree Road, Kingston 5 Jamaica |
| 14647486 | + | FREEDOM MORTGAGE CORPORATION, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14558494 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14169135 | + | Freedom Mortgage Corp, Attn: Bankruptcy, PO Box 489, Mt Laurel, NJ 08054-0489 |
| 14415390 | | Freedom Mortgage Corporation, C/o Robert J. Davidow, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14416002 | + | Freedom Mortgage Corporation, c/o ROBERT J. DAVIDOW, Phelan, Hallinan, Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14169137 | + | Mercy Fitzgerald Hospital, PO Box 822967, Philadelphia, PA 19182-2967 |
| 14169139 | | National Commerrcial Bank, 32 Trafalger Road, Kingston 10 Jamaica |
| 14169140 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14171000 | + | PRIME HEALTH NETWORK, 1121 SITUS COURT, STE 350, RALEIGH, NC 27606-4275 |
| 14169146 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 14747642 | + | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 15 2023 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14170169 | | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2023 23:36:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621360 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2023 23:41:27 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14621455 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2023 23:41:26 | Ally Bank, C/O Arvind Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14169121 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2023 23:36:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 14196270 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2023 23:41:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 18-14826-mdc    Doc 71    Filed 09/17/23    Entered 09/18/23 00:31:04    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14169122 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2023 23:41:29 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14169129 | | Email/Text: megan.harper@phila.gov | Sep 15 2023 23:36:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14169130 | | Email/Text: megan.harper@phila.gov | Sep 15 2023 23:36:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14169123 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2023 23:41:15 | Cap1/justice, Capital One Retail Srvs/Attn: Bankruptcy, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14169125 | + | Email/Text: ecf@ccpclaw.com | Sep 15 2023 23:36:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14204512 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2023 23:41:21 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14169127 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2023 23:41:27 | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790441, St. Louis, MO 63179-0441 |
| 14169128 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2023 23:41:27 | Citibank/The Home Depot, Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14169131 | + | Email/Text: bankruptcy@philapark.org | Sep 15 2023 23:37:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14169132 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2023 23:36:00 | Comenity Capital/mprc, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14169133 | | Email/Text: bankruptcycourts@equifax.com | Sep 15 2023 23:36:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14169134 | ^ | MEBN | Sep 15 2023 23:32:32 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14558394 | ^ | MEBN | Sep 15 2023 23:32:45 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14647487 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 15 2023 23:36:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14169135 | ^ | MEBN | Sep 15 2023 23:32:53 | Freedom Mortgage Corp, Attn: Bankruptcy, PO Box 489, Mt Laurel, NJ 08054-0489 |
| 14201382 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 15 2023 23:36:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14169136 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2023 23:36:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14169124 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2023 23:41:22 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14202572 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 15 2023 23:36:00 | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14186609 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2023 23:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14169138 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2023 23:36:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14169142 | ^ | MEBN | Sep 15 2023 23:32:41 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14201197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2023 23:41:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14169141 | | Email/Text: bankruptcygroup@peco-energy.com | | |

Case 18-14826-mdc   Doc 71   Filed 09/17/23   Entered 09/18/23 00:31:04   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: 138OBJ | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 15 2023 23:36:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14169143 | + | Email/Text: bankruptcy@philapark.org | Sep 15 2023 23:37:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14200426 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2023 23:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14169145 | | Email/Text: DASPUBREC@transunion.com | Sep 15 2023 23:36:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14169144 | | Email/Text: bncmail@w-legal.com | Sep 15 2023 23:36:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14205254 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2023 23:41:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14171586 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 15 2023 23:41:28 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14194650 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 15 2023 23:41:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14181859 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 15 2023 23:41:27 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14169148 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 15 2023 23:41:22 | Wells Fargo/Bob's Discount Furniture, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14169126 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14647567 | *+ | FREEDOM MORTGAGE CORPORATION, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14169147 | *P++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001, address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 14194813 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14747863 | *+ | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2023                    Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Sep 15, 2023 | Form ID: 138OBJ | Total Noticed: 52

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Leon G. Archibald mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Tracean L. Archibald mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Tracean L. Archibald mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Joint Debtor Leon G. Archibald mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com |
| THOMAS SONG | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Tracean L. Archibald and Leon G. Archibald

        Debtor(s)

Case No: 18−14826−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/15/23

70 − 64
Form 138OBJ