**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | TRACEAN L. ARCHIBALD |
| Debtor 2 (Spouse, if filing) | LEON G. ARCHIBALD |
| United States Bankruptcy Court for the: | EASTERN   District of PA (State) |
| Case Number | 18-14826 AMC |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION    **Court claim no. (**if known**):** 12

**Last 4 digits** of any number you use to identify the debtor's account: 6382

**Date of payment change:**
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any    Forbearance

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** _____    **New escrow payment:** _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   **Current interest rate:** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** _____    **New principal and interest payment:** _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Debtors' request for COVID19 forbearance arrangement (see attached)

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Thomas Song, Esquire                         Date  June 16, 2020
    Signature

Print:    Thomas Song, Esq., Id. No.89834              Title  Attorney
          First Name    Middle Name    Last Name

Company   Phelan Hallinan Diamond & Jones, LLP

Address   1617 JFK Boulevard, Suite 1400

          Philadelphia, PA 19103

Contact Phone  215-563-7000                            Email  Thomas.Song@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| TRACEAN L. ARCHIBALD | : | Bk. No. 18-14826 AMC |
| LEON G. ARCHIBALD | : | |
|     Debtors | : | Chapter No. 13 |
| | : | |
| FREEDOM MORTGAGE CORPORATION | : | |
|     Movant | : | |
| v. | : | |
| TRACEAN L. ARCHIBALD | : | |
| LEON G. ARCHIBALD | : | |
|     Respondents | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF PAYMENT CHANGE SUPPLEMENT**

     I certify under penalty of perjury that I served or caused to be served the Notice of Payment Change Supplement, which has been filed on the Claims Register in the above-referenced case, on the parties at the addresses shown below or on the attached list on June 16, 2020.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| MICHAEL A. CATALDO2, ESQUIRE<br>1500 WALNUT STREET, SUITE 900<br>PHILADELPHIA, PA 19102 | TRACEAN L. ARCHIBALD<br>40 NORTH PENN STREET<br>CLIFTON HEIGHTS, PA 19018-1615 |
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE)<br>P.O. BOX 1229<br>PHILADELPHIA, PA 19105 | LEON G. ARCHIBALD<br>40 NORTH PENN STREET<br>CLIFTON HEIGHTS, PA 19018-1615 |
| UNITED STATES TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>200 CHESTNUT STREET<br>SUITE 502<br>PHILADELPHIA, PA 19106 | |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

<u>June 16, 2020</u>

                         <u>/s/ Thomas Song, Esquire</u>
                         Thomas Song, Esq., Id. No.89834
                         Phelan Hallinan Diamond & Jones, LLP
                         1617 JFK Boulevard, Suite 1400
                         One Penn Center Plaza
                         Philadelphia, PA 19103
                         Phone Number: 215-563-7000 Ext 31387
                         Fax Number: 215-568-7616
                         Email: Thomas.Song@phelanhallinan.com

**This use of Official Form 410S1 and of the electronic filing method for a Notice of Payment Change is being used to provide interested parties with notice of a forbearance arrangement, detailed below. This form is only being used to express a change in the debtors' payment <u>arrangement</u> within the functionality available in the Courts' CMECF systems.  The use of this form in no way implies that a change in payment <u>amount</u> is occurring or has occurred on the account. <u>This filing does not imply that the provisions of FRBP 3002.1 apply to this filing, nor does the Servicer/Creditor consent to the application of any provisions of FRBP 3002.1 to this filing</u>.**

## NOTICE OF TEMPORARY FORBEARANCE

Effective Date of Forbearance : <u>June 1, 2020</u>
Termination Date of Forbearance : <u>November 30, 2020</u>

FREEDOM MORTGAGE CORPORATION ("SERVICER") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtors have requested, and SERVICER has provided, a temporary suspension of post-petition mortgage payment(s) due and owing in the time period referenced above (the "Forbearance Period"). This short-term relief is consistent with the COVID-19 relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

During the Forbearance Period, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

During the Forbearance Period, Debtors and/or Debtors' attorney (if applicable) should work with the SERVICER and the bankruptcy trustee to explore potential remedies to cure any outstanding post-petition mortgage payment(s) at the termination date of the Forbearance Period. Any outstanding post-petition mortgage payment(s) for which there is not an agreed cure will remain due and owing as of the termination date of the Forbearance Period.

This Notice does not constitute an amendment or modification to the Debtors' plan of reorganization and does not relieve the Debtors of the responsibility to amend or modify the plan of reorganization to reflect the forbearance arrangement, if required.